JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00528 CW |
| ) | |
|    Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO JANUARY 27, 2010 |
|    v. ) | AND TO EXCLUDE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| GREGORY TAY PRYOR, ) | |
|    a/k/a Tay Smith, ) | Date:      January 13, 2010 |
| ) | Time:     10:00 a.m. |
| ) | Court:    Hon. Laurel Beeler |
|    Defendant. ) | |
| ) | |

      The above-captioned matter is set on January 13, 2010 before this Court for trial setting or motions setting or disposition.  The parties request that this Court continue the hearing to January 27, 2010 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and January 27, 2010.

      Defense counsel is continuing to collect and review records related to defendant's mental competency; and, defense counsel is consulting with an expert to evaluate defendant's mental competency.  Without waiving any privileges, defense counsel has also provided some records to the government for consideration.  The extension is not sought for delay.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and

1  defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court
2  exclude time between the date of this stipulation and January 27, 2010 under the Speedy Trial
3  Act to determine the mental competency of defendant pursuant to 18 U.S.C. § 3161(h)(1)(A).
4
5  DATED: January 11, 2010
6
7
8  _____/s/_____          _____/s/_____
   JAMES C. MANN                                        JEROME MATTHEWS
   Assistant United States Attorney                     Counsel for Gregory Tay Pryor
9  Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | OAKLAND DIVISION |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00528 CW |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE |
| v. | ) ) | HEARING DATE TO JANUARY 27, 2010 AND TO EXCLUDE TIME UNDER THE |
| GREGORY TAY PRYOR, a/k/a Tay Smith, | ) ) ) | SPEEDY TRIAL ACT |
| | ) ) | Date:   January 13, 2010<br>Time:   10:00 a.m. |
| Defendant. | ) ) | Court:  Hon. Laurel Beeler |

The above-captioned matter is set on January 13, 2010 before this Court trial setting or motions setting or disposition. The parties requested that this Court continue the hearing to January 27, 2010 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and January 27, 2010.

Defense counsel is continuing to collect and review records related to defendant's mental competency; and, defense counsel is consulting with an expert to evaluate defendant's mental competency. Without waiving any privileges, defense counsel has also provided some records to the government for consideration. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW


served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(A),

**IT IS HEREBY ORDERED** that the hearing in this matter is moved from January 13, 2010 to January 27, 2010 at 10:00 a.m., and that time between January 11, 2010 and January 27, 2010 is excluded under the Speedy Trial Act to determine the mental competency of defendant.

DATED: January 12, 2010

/s/ Laurel Beeler
HON. LAUREL BEELER
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW