BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555-12th Street
Suite 650
Oakland, CA 94607
510-637-3500

Counsel for Defendant GREGORY PRYOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br> GREGORY PRYOR,                      )<br>                                     )<br>            Defendants.              )<br>_____) | No. CR 09-00528 CW [LB]<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING COURT**<br>**HEARING** |

This matter presently is set for a status conference on March 18, 2010. Defense counsel has raised issues concerning Mr. Pryor's competency to stand trial, and related mental health concerns. A review of nearly one thousand pages of medical records reveals that Mr. Pryor at one point had a measured IQ as low as 50, and a diagnosis of mild to nearly moderate retardation.

Mr. Pryor is scheduled to be evaluated by Dr. David Kessler on March 23, 2010. In order for the parties to evaluate the test results and discuss future handling of this case, IT IS STIPULATED AND AGREED that this matter be continued to March 31, 2010, at 10:00 a.m., for further hearing. The parties agree that time under the Speedy Trial Act shall be excluded based on the ongoing examination concerning Mr. Pryor's mental competency. 18 U.S.C. § 3161(h)(1)(A).

STIP/ORDER

1     SO STIPULATED.

2

3 Dated: March 17, 2010                                /s/
                                                                     JAMES MANN
4                                                                      Assistant United States Attorney

5

6 Dated: March 17, 2010                                /s/
                                                                     JEROME E. MATTHEWS
7                                                                      Assistant Federal Public Defender

8

9 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed: signature (/S/) within this e-filed document.

10

11     Good cause appearing therefor, IT IS ORDERED that this matter be continued to March 31,

12 2010 at 10:00 a.m. for further hearing, and that time under the Speedy Trial Act shall be excluded on

13 the grounds set forth in the foregoing stipulation.

14

15 Dated: March 17, 2010                            _____
                                                                     Laurel Beeler
16                                                                     United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

STIP/ORDER