1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3705
7       Facsimile:   (510) 637-3724
        E-Mail:      James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-09-00528 CW
                                       )
14         Plaintiff,                  )   [PROPOSED] ORDER EXCLUDING
                                       )   TIME PURSUANT TO THE SPEEDY
15     v.                              )   TRIAL ACT
                                       )
16 GREGORY TAY PRYOR,                  )   Date:    April 30, 2010
       a/k/a Tay Smith,                )   Time:    10:00 a.m.
17                                     )   Court:   Hon. Donna M. Ryu
                                       )
18         Defendant.                  )
                                       )
19 _____

20        Defendant Gregory Tay Pryor is charged in a one-count indictment with being a felon in

21 possession of a firearm and ammunition, in violation of Title 18, United States Code, Section

22 922(g)(1). On April 30, 2010, defendant appeared for a status hearing before this Court. This

23 Court set the matter for a further status hearing before the Honorable Laurel Beeler on May 21,

24 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the

25 Speedy Trial Act (18 U.S.C. § 3161) from April 30, 2010 to May 21, 2010, in light of the

26 continuing evaluation of defendant's competency. Given these circumstances, the Court found

27 that the ends of justice served by excluding the period from April 30, 2010 to May 21, 2010

28 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §

[PROPOSED] ORDER EXCLUDING TIME
No. CR-09-00528 CW

1  3161(h)(1)(A).

2   IT IS HEREBY ORDERED that:

3    With the consent of defendant Pryor, the period from April 30, 2010 to May 21,
4  2010 is excluded from the Speedy Trial Act calculations for the continuing evaluation of
5  defendant's competency, and pursuant to 18 U.S.C. § 3161(h)(1)(A).

7  IT IS SO ORDERED

9  DATED: April _30_, 2010



10             _____
11             HONORABLE DONNA M. RYU
           United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
No. CR-09-00528 CW