JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00528 CW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| GREGORY TAY PRYOR,<br>a/k/a Tay Smith, | ) | Date:     June 3, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Donna M. Ryu |
| Defendant. | ) | |

     Defendant Gregory Tay Pryor is charged in a one-count indictment with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1). On June 3, 2010, defendant appeared for a status hearing before this Court. This Court set the matter for a further status hearing before the Honorable Laurel Beeler on June 10, 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from June 3, 2010 to June 10, 2010, in light of the continuing evaluation of defendant's competency. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 3, 2010 to June 10, 2010

//

1 | outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §
2 | 3161(h)(1)(A).
3 |         IT IS HEREBY ORDERED that:
4 |             With the consent of defendant Pryor, the period from June 3, 2010 to June 10,
5 | 2010 is excluded from the Speedy Trial Act calculations for the continuing evaluation of
6 | defendant's competency, and pursuant to 18 U.S.C. § 3161(h)(1)(A).
7 |
8 | IT IS SO ORDERED
9 |
10 | DATED: June _7_, 2010
11 |
12 | HONORABLE DONNA M. RYU
     United States Magistrate Judge

*GRANTED — Judge Donna M. Ryu*

[PROPOSED] ORDER EXCLUDING TIME
No. CR-09-00528 CW