1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00528 CW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| GREGORY TAY PRYOR, a/k/a Tay Smith, | ) | Date: June 17, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Donna M. Ryu |
| Defendant. | ) | |

       Defendant Gregory Tay Pryor is charged in a one-count indictment with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).  On June 17, 2010, defendant appeared for a status hearing before this Court.  This Court set the matter for a further status hearing on July 19, 2010 at 10:00 a.m.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from June 17, 2010 to July 19, 2010, in light of the continuing evaluation of defendant's competency and defense counsel's unavailability during part of that time period.  Given these circumstances, the Court found that the ends of justice served by excluding the period from June 17, 2010 to July 19, 2010 outweigh the best interest of the public and the defendant in a speedy trial.  18

[PROPOSED] ORDER EXCLUDING TIME
No. CR-09-00528 CW

U.S.C. §§ 3161(h)(1)(A) and 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of defendant Pryor, the period from June 17, 2010 to July 19, 2010 is excluded from the Speedy Trial Act calculations for the continuing evaluation of defendant's competency and continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: June 18, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
No. CR-09-00528 CW