1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:  (510) 637-3724
      E-Mail:      James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR-09-00528 CW
                                       )
14          Plaintiff,                 )    ORDER EXCLUDING TIME PURSUANT
                                       )    TO THE SPEEDY TRIAL ACT
15     v.                              )
                                       )    Date:        August 5, 2010
16  GREGORY TAY PRYOR,                 )    Time:        10:00 a.m.
       a/k/a Tay Smith,                )    Court:       Hon. Donna M. Ryu
17                                     )
                                       )
18          Defendant.                 )
                                       )
19

20          Defendant Gregory Tay Pryor is charged in a one-count indictment with being a felon in

21  possession of a firearm and ammunition, in violation of Title 18, United States Code, Section

22  922(g)(1).  On August 5, 2010, defendant appeared for a status hearing before this Court.  This

23  Court set the matter for a further status hearing on August 12, 2010 at 9:30 a.m.  Additionally,

24  the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161)

25  from August 5, 2010 to August 12, 2010, in light of the continuing evaluation of defendant's

26  competency.  Given these circumstances, the Court found that the ends of justice served by

27  excluding the period from August 5, 2010 to August 12, 2010 outweigh the best interest of the

28  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(1)(A).

IT IS HEREBY ORDERED that:

With the consent of defendant Pryor, the period from August 5, 2010 to August 12, 2010 is excluded from the Speedy Trial Act calculations for the continuing evaluation of defendant's competency pursuant to 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED

DATED: August 5, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-09-00528 CW