MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail:   James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00528 CW |
|    Plaintiff, ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 10, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|    v. ) ) | |
| GREGORY TAY PRYOR, )    a/k/a Tay Smith, ) ) ) | Date:    September 3, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Laurel Beeler |
|    Defendant. ) ) | |

     The above-captioned matter is set on September 3, 2010 before this Court for a further status hearing regarding defendant's mental competency. The parties request that this Court continue the hearing to September 10, 2010 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and September 10, 2010.

     The parties are continuing to evaluate defendant's competency and to research potential placement options for defendant. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court

1  exclude time between the date of this stipulation and September 10, 2010 under the Speedy Trial
2  Act to determine the mental competency of defendant pursuant to 18 U.S.C. § 3161(h)(1)(A).
3
4  DATED: September 1, 2010
5
6
7  _____/s/_____          _____/s/_____
   JAMES C. MANN                             JEROME MATTHEWS
   Assistant United States Attorney          Counsel for Gregory Tay Pryor
8  Counsel for United States
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY TAY PRYOR,<br>    a/k/a Tay Smith,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-09-00528 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 10, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    September 3, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Laurel Beeler |

       The above-captioned matter is set on September 3, 2010 before this Court for a further status hearing regarding defendant's mental competency. The parties requested that this Court continue the hearing to September 10, 2010 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and September 10, 2010.

       The parties are continuing to evaluate defendant's competency and to research potential placement options for defendant. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(A),

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

1   **IT IS HEREBY ORDERED** that the hearing in this matter is moved from September 3,
2   2010 to September 10, 2010 at 10:00 a.m., and that time between September 3, 2010 and
3   September 10, 2010 is excluded under the Speedy Trial Act to determine the mental competency
4   of defendant.

6   DATED: September 2, 2010                    _____
7                                                LAUREL BEELER
                                                 United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW