MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> GREGORY TAY PRYOR,  ) <br> a/k/a Tay Smith,  ) <br>  ) <br>  ) <br> Defendant.  ) <br> _____ ) | No. CR-09-00528 CW <br><br> ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> Date:        September 28, 2010 <br> Time:       10:00 a.m. <br> Court:      Hon. Donna M. Ryu |

      Defendant Gregory Tay Pryor is charged in a one-count indictment with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).  On September 28, 2010, defendant appeared for a status hearing before this Court.  This Court set the matter for a further status hearing on October 19, 2010 at 10:00 a.m.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from September 28, 2010 to October 19, 2010, in light of the continuing evaluation of defendant's competency.  Given these circumstances, the Court found that the ends of justice served by excluding the period from September 28, 2010 to October 19, 2010 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(1)(A).

ORDER EXCLUDING TIME
No. CR-09-00528 CW

IT IS HEREBY ORDERED that:

With the consent of defendant Pryor, the period from September 28, 2010 to October 19, 2010 is excluded from the Speedy Trial Act calculations for the continuing evaluation of defendant's competency pursuant to 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED

DATED: September 29, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-09-00528 CW