1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-09-00528 CW
                                     )
14         Plaintiff,                )   STIPULATED REQUEST TO CONTINUE
                                     )   HEARING DATE TO NOVEMBER 3,
15     v.                            )   2010 AND TO EXCLUDE TIME UNDER
                                     )   THE SPEEDY TRIAL ACT
16  GREGORY TAY PRYOR,               )
       a/k/a Tay Smith,              )   Date:    October 19, 2010
17                                   )   Time:    10:00 a.m.
                                     )   Court:   Hon. Donna M. Ryu
18         Defendant.                )
                                     )
19  _____)

20         The above-captioned matter is set on October 19, 2010 before this Court for a further
21  status hearing regarding defendant's mental competency.  The parties request that this Court
22  continue the hearing to November 3, 2010 at 10:00 a.m. and that the Court exclude time under
23  the Speedy Trial Act between the date of this stipulation and November 3, 2010.
24         The parties are continuing to evaluate defendant's competency and to research potential
25  placement options for defendant.  The extension is not sought for delay.  The parties agree the
26  ends of justice served by granting the continuance outweigh the best interests of the public and
27  defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court
28

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

1  exclude time between the date of this stipulation and November 3, 2010 under the Speedy Trial
2  Act to determine the mental competency of defendant pursuant to 18 U.S.C. § 3161(h)(1)(A).
3
4  DATED: October 15, 2010
5
6
7  _____/s/_____           _____/s/_____
   JAMES C. MANN                           JEROME MATTHEWS
   Assistant United States Attorney        Counsel for Gregory Tay Pryor
8  Counsel for United States
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY TAY PRYOR,<br>    a/k/a Tay Smith,<br><br>    Defendant. | No. CR-09-00528 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 3, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    October 19, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Donna M. Ryu |

    The above-captioned matter is set on October 19, 2010 before this Court for a further status hearing regarding defendant's mental competency. The parties requested that this Court continue the hearing to November 3, 2010 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and November 3, 2010.

    The parties are continuing to evaluate defendant's competency and to research potential placement options for defendant. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(A),

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

1  **IT IS HEREBY ORDERED** that the hearing in this matter is moved from October 19,
2  2010 to November 3, 2010 at 10:00 a.m., and that time between October 15, 2010 and November
3  3, 2010 is excluded under the Speedy Trial Act to determine the mental competency of
4  defendant.

6  DATED: 10/18/2010

_____
HON. DONNA M. RYU
United States Magistrate Judge