1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Acting Criminal Chief

4   JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3705
7       Facsimile:  (510) 637-3724
        E-Mail:     James.C.Mann@usdoj.gov
8

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-09-00528 CW
                                     )
14          Plaintiff,               )    STIPULATED REQUEST TO CONTINUE
                                     )    HEARING DATE TO DECEMBER 6, 2010
15      v.                           )    AND TO EXCLUDE TIME UNDER THE
                                     )    SPEEDY TRIAL ACT
16  GREGORY TAY PRYOR,               )
        a/k/a Tay Smith,             )    Date:       November 3, 2010
17                                   )    Time:       10:00 a.m.
                                     )    Court:      Hon. Laurel Beeler
18          Defendant.               )
    ─────────────────────────────────)
19

20          The above-captioned matter is set on November 3, 2010 before this Court for a further

21  status hearing regarding defendant's mental competency.  The parties request that this Court

22  continue the hearing to December 6, 2010 at 10:00 a.m. and that the Court exclude time under

23  the Speedy Trial Act between the date of this stipulation and December 6, 2010.

24          The parties are continuing to evaluate defendant's competency and to research potential

25  placement options for defendant.  The extension is not sought for delay.  The parties agree the

26  ends of justice served by granting the continuance outweigh the best interests of the public and

27  defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court

28

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

1  exclude time between the date of this stipulation and December 6, 2010 under the Speedy Trial

2  Act to determine the mental competency of defendant pursuant to 18 U.S.C. § 3161(h)(1)(A).

3

4  DATED: November 2, 2010

5

6

7  _____/s/_____          _____/s/_____
   JAMES C. MANN                                JEROME MATTHEWS
   Assistant United States Attorney             Counsel for Gregory Tay Pryor
8  Counsel for United States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10              OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )     No. CR-09-00528 CW
                                        )
12            Plaintiff,                )     [PROPOSED] ORDER GRANTING
                                        )     STIPULATED REQUEST TO CONTINUE
13      v.                              )     HEARING DATE TO DECEMBER 6, 2010
                                        )     AND TO EXCLUDE TIME UNDER THE
14   GREGORY TAY PRYOR,                 )     SPEEDY TRIAL ACT
        a/k/a Tay Smith,                )
15                                      )     Date:       November 3, 2010
                                        )     Time:       10:00 a.m.
16            Defendant.                )     Court:      Hon. Laurel Beeler
     _____)
17
18
19       The above-captioned matter is set on November 3, 2010 before this Court for a further

20   status hearing regarding defendant's mental competency.  The parties requested that this Court

21   continue the hearing to December 6, 2010 at 10:00 a.m. and that the Court exclude time under

22   the Speedy Trial Act between the date of this stipulation and December 6, 2010.

23       The parties are continuing to evaluate defendant's competency and to research potential

24   placement options for defendant.  The extension is not sought for delay.  The parties agree the

25   ends of justice served by granting the continuance outweigh the best interests of the public and

26   defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice

27   served by granting the continuance outweigh the best interests of the public and the defendant in

28   a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(A),

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW

**IT IS HEREBY ORDERED** that the hearing in this matter is moved from November 3, 2010 to December 6, 2010 at 10:00 a.m., and that time between November 3, 2010 and December 6, 2010 is excluded under the Speedy Trial Act to determine the mental competency of defendant.

DATED: November 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-09-00528 CW