MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3705
Facsimile: (510) 637-3724
E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY TAY PRYOR,<br>a/k/a Tay Smith,<br><br>Defendant. | No. CR-09-00528 CW<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 6, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: December 6, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Donna M. Ryu |

The above-captioned matter is set on December 6, 2010 before this Court for a further status hearing regarding defendant's mental competency. The parties request that this Court continue the hearing to January 6, 2011 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and January 6, 2011.

The parties are continuing to evaluate defendant's competency and to research potential placement options for defendant. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court

exclude time between the date of this stipulation and January 6, 2011 under the Speedy Trial Act to determine the mental competency of defendant pursuant to 18 U.S.C. § 3161(h)(1)(A).

DATED: December 2, 2010

________/s/______________________
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

________/s/______________________
JEROME MATTHEWS
Counsel for Gregory Tay Pryor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY TAY PRYOR,<br>a/k/a Tay Smith,<br><br>Defendant. | ) | No. CR-09-00528 CW<br>**AMENDED**<br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 6, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: December 6, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Donna M. Ryu |

The above-captioned matter is set on December 6, 2010 before this Court for a further status hearing regarding defendant's mental competency. The parties requested that this Court continue the hearing to January 6, 2011 at **9:30 a.m.** ~~10:00~~ a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and January 6, 2011.

The parties are continuing to evaluate defendant's competency and to research potential placement options for defendant. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(A),

**IT IS HEREBY ORDERED** that the hearing in this matter is moved from December 6, 2010 to January 6, 2011 at ~~10:00~~ **9:30 a.m.** a.m., and that time between December 2, 2010 and January 6, 2011 is excluded under the Speedy Trial Act to determine the mental competency of defendant.

DATED: 12/2/2010

HON. DONNA M. RYU
United States Magistrate Judge