BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555-12th Street
Suite 650
Oakland, CA 94607
510-637-3500

Counsel for Defendant GREGORY PRYOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-00528 CW [DMR] |
| Plaintiff, | ) | |
| | ) | **ORDER PERMITTING** |
| v. | ) | **EXAMINATION AND** |
| | ) | **EVALUATION** |
| GREGORY PRYOR, | ) | |
| | ) | |
| Defendants. | ) | |

    Gregory Pryor is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). He has been found to be incompetent to stand trial by both defense and government experts. Mr. Pryor needs to be evaluated by Rhonda Kimble Kelly of the Regional Center of the East Bay, and Jesus Gomez and Ray Mirelez of Regional Project of the Bay Area, for purposes of a potential civil commitment at Porterville State Hospital, a secure, mental health facility operated by the State of California. Regional Center of the East Bay and Regional Project of the Bay Area each are Alameda County agencies authorized to conduct such evaluations under Cal. Welfare & Institutions Code § 4418.7.

    Good cause appearing therefor, IT IS ORDERED that Rhonda Kimble Kelly of the Regional

ORDER

1  Center of the East Bay, and Jesus Gomez and Ray Mirelez of Regional Project of the Bay Area, be
2  admitted to the Alameda County detention facility in which Gregory Pryor, PFN # ULP 401,
3  presently is housed for purposes of conducting the evaluation described above.

6  Dated: January 5, 2011

                                              DONNA M. RYU
                                              United States Magistrate Judge

ORDER