BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555-12th Street
Suite 650
Oakland, CA 94607
510-637-3500

Counsel for Defendant GREGORY PRYOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>GREGORY PRYOR,<br><br>   Defendants. | No. CR 09-00528 CW [LB]<br><br>[PROPOSED] ORDER RE PLACEMENT OF DEFENDANT AT PORTERVILLE STATE HOSPITAL |

  Gregory Pryor is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). He has been found to be incompetent to stand trial by both defense and government experts. Regional Center of the East Bay and Regional Project of the Bay Area each are Alameda County agencies authorized to conduct evaluations under Cal. Welfare & Institutions Code § 4418.7, for purposes of commitment. Such an evaluation has been performed on Mr Pryor, and the aforementioned agencies have recommended placement at Porterville State Hospital, a secure, mental health facility operated by the State of California. Members of the Regional Center of the East Bay crisis team, or deputies of a county Sheriff designated by Regional Center or the State of California, shall be responsible for transporting Mr Pryor to Porterville State Hospital.

ORDER

1   Good cause appearing therefor, IT IS ORDERED as follows:

2   Porterville State Hospital shall complete its evaluation of Gregory Pryor for placement at its facility. Upon presentation to this Court that Mr Pryor has been accepted for placement, and upon notification from the parties that they are in agreement with said placement, the U.S. Marshals shall bring Gregory Pryor before this Court. At that time, they shall release him from custody and place him in the care of either the Regional Center of the East Bay crisis team, or deputies of the Sheriff of whatever county the agencies or State of California authorities shall designate to transport Mr Pryor. Such representatives shall be present in Court and will be responsible for transporting Mr Pryor to the California State Hospital at Porterville.

Approved as to form:

/s/
_____
JAMES C. MANN
Assistant United States Attorney


/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender


Dated: February 16, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER