**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0528 CW (LB) |
| Plaintiff(s), | ORDER |
| v. | |
| GREGORY TAY PRYOR, | |
| Defendant(s). | |

The court has signed the proposed order about Mr. Pryor's commitment. One potential issue is that the duty calendar for February 22 through February 25, 2011 is in San Francisco. The next available calendar date in Oakland is February 28, 2011.

If the procedure for the commitment will happen during a period when the criminal calendar is in San Francisco, the parties could employ the following procedure to minimize the impact on the state agencies ultimately designated to transport Mr. Pryor to the California State Hospital in Porterville. (This process might be employed in any event.)  When the parties determine the date for Mr. Prior's release, the parties can submit an order to the court directing the United States Marshal to bring Mr. Pryor to the federal building at 1301 Clay Street, Oakland, California on that date for release directly to the relevant authority responsible for transport.  The parties also should notify Lashanda Scott at 510-637-3525 that they have submitted the order so that this court can sign the order immediately and the release for commitment can be accomplished expeditiously.

CR 09-0528 CW - Order

Also, the court grants the parties' request to vacate the February 17, 2011 status date to allow the commitment process to be completed. The court sets a further status date of February 28, 2011 at 9:30 a.m. This date is a hold date that may be vacated by the parties by stipulation.

**IT IS SO ORDERED.**

Dated: February 16, 2011

_____
LAUREL BEELER
United States Magistrate Judge