MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MAUREEN BESSETTE (CABN 165775)
Chief, Oakland Branch
JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone:  (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail:     Maureen.Bessette@usdoj.gov
           James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00528 CW |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| GREGORY TAY PRYOR,<br>  a/k/a Tay Smith, | |
| Defendant. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned

////

////

////

////

////

////

NOTICE OF DISMISSAL
No. CR-09-00528 CW

against this defendant in the above-captioned matter without prejudice.  Defendant has been released to the Secure Treatment Program at the Porterville Developmental Center, a California state institution.

DATED: May ___, 2011                              Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney

                                                  _____
                                                  Brian J. Stretch
                                                  First Assistant United States Attorney

**ORDER**

   Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned indictment.

DATED: ____ **5/4/2011** _____                _____
                                                  HON. CLAUDIA WILKEN
                                                  United States District Judge

NOTICE OF DISMISSAL
No. CR-09-00528 CW